UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENRIQUE CAMARGO, : | |
| : | |
| Plaintiff, : | |
| v. : | No. 5:15-cv-06215 |
| : | |
| ALICK SMITH GENERAL : | |
| CONTRACTOR, INC.; and : | |
| ALICK SMITH PROPERTIES, LLC, : | |
| : | |
| Defendants. : | |

**O R D E R**

And now, this 3rd day of November, 2016, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. Plaintiff's Motion to Enforce the Parties' Settlement Agreement, ECF No. 38 is **GRANTED IN PART** and **DENIED IN PART**.

2. No later than **December 2, 2016**, Defendants Alick Smith General Contractor, Inc. and Alick Smith Properties, LLC shall comply with their obligations under the settlement agreement that the parties reached during the June 15, 2016, settlement conference. In particular, Defendants shall remit payment no later than December 2, 2016, in accordance with Section 1 of the Settlement Agreement and Release that was prepared by Plaintiff's counsel.[1]

3. The Clerk of Court shall enter a default against both Defendants.

4. Plaintiff shall serve a copy of this Order on both Defendants, together with a copy of the Settlement Agreement and Release, and file proof of service with the Court.

---

[1] Among the terms that the parties agreed to during the settlement conference was a request from Plaintiff for payment to be made in a certain manner. *See* Conference Tr. 4:7-12, ECF No. 37. During the conference, Plaintiff's counsel agreed to provide Defendants with those payment instructions at a later date, and they can be found in Section 1 of the Settlement Agreement and Release.

1

5. Plaintiff shall file paper copies of Exhibits B and D to his Motion with the Clerk of Court, and the Clerk of Court shall file those documents under seal.[2]

6. In all other respects, Plaintiff's Motion is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[2] *See* E.D. Pa. Local R. Civ. P. 5.1.2(7); U.S. District Court for the E. District of Pa., *Clerk's Office Procedural Handbook* 31 (2015), http://www.paed.uscourts.gov/documents/handbook/handbook.pdf.